455 A.2d 203

Commonwealth v. Mininall, Appellant.

Argued February 23, 1982. Neil E. Jokelson, for appellant; Richard L. McMonigle, Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, BROSKY and BECK, JJ.

Judgment of sentence affirmed.

SPAETH, J., filed a concurring memorandum opinion.